# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **CRYSTAL MALDONADO,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-23-CV-51-KC |
| **KRAUSE AND KINSMAN LAW LLC; and DECIBEL LLC d/b/a DECIBEL ADVERTISING LLC,** | § § § § § | |
| Defendants. | § § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. 13, filed on March 28, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Joint Stipulation of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 31st day of March, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE